

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 12, 2016

Shannon K. Dunn
Law Office of Beth Watkins
926 Chulie Drive
San Antonio, TX 78216

Lowell Frank Denton
Denton Navarro Rocha Bernal Hyde &
Zech PC
2517 N. Main Ave.
San Antonio, TX 78212-4685

Clarissa Rodriguez
2517 N. Main Ave.
San Antonio, TX 78212-4685

Elizabeth Guerrero-Southard
Denton, Navarro, Rocha & Bernal
2517 N. Main Ave.
San Antonio, TX 78212-4685

RE:     Court of Appeals Number:   04-16-00278-CV
        Trial Court Case Number:   15-02-30780-MCV
        Style:  City of Eagle Pass
                v.
                Dulce Milagro Hernandez, Individually and as Next Friend of
        Adalberto Hernandez

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jacqueline S. Fennell
Legal Assistant,
Fourth Court of Appeals
210-335-3854

cc: Beth Watkins
Rey Perez
Joseph Casseb



# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-16-00278-CV

**CITY OF EAGLE PASS**,
Appellant-s

v.

Dulce Milagro **HERNANDEZ**, Individually and as Next Friend of Adalberto Hernandez,
Appellee-s

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-02-30780-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

In this court's order of June 1, 2016, appellate deadlines in this case were suspended until July 18, 2016 and the parties were ordered to mediation with Joseph Casseb. On July 11, 2016, the parties filed a Joint Motion requesting to Extend the Time for Court ordered Mediation and to file Appellant's brief. The parties' motion is **GRANTED**.

Appellate deadlines in this case are hereby suspended until **August 22, 2016.**

It is so **ORDERED** on July 12, 2016.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.



Keith E. Hottle
Clerk of Court